Filed 7/23/21  P. v. Walker CA1/1

**NOT TO BE PUBLISHED IN OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

## IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

## FIRST APPELLATE DISTRICT

## DIVISION ONE

| | |
|---|---|
| THE PEOPLE,<br><br>　　　Plaintiff and Respondent,<br><br>v.<br><br>JUSTIN WALKER,<br><br>　　　Defendant and Appellant. | A159324<br><br>(Contra Costa County<br>Super. Ct. Nos. 05-171647-1,<br>05-171646-3) |

On January 2, 2020, Walker admitted he violated the terms of his probation, and the trial court reinstated him on probation.  Walker appealed.  His appellate attorney has asked the court for an independent review of the record under *People v. Wende* (1979) 25 Cal.3d 436.

Walker's attorney also has forwarded to the court orders indicating that probation in both of Walker's pending cases was terminated pursuant to recent amendments to Penal Code section 1203a.  (Assem. Bill No. 1950 (2019-2020 Reg. Sess.) § 2.)  On the court's own motion, we take judicial notice of the June 8, 2021 orders.

The expiration of a defendant's probation renders an appeal moot. (*People v. Carbajal* (1995) 10 Cal.4th 1114, 1120, fn. 5.)  The appeal is dismissed.

_____

Humes, P.J.

WE CONCUR:

_____

Margulies, J.

_____

Sanchez, J.

*People v. Walker*  A159324

2